IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3012 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTLAND HOMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 02, 2006, file their Report of Parties' Planning Conference.

DATED February 10, 2006.

/s/ *David L. Piester*
United States Magistrate Judge