IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTLAND HOMES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

In order to allow additional time for the parties to submit their mediation plans to the court pursuant to paragraph 1 of the Order Scheduling Initial Progression of Case (filing 11), the telephone planning conference is continued from today to Monday, June 5, 2006 at 9:30 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 31st day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge