IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEBORAH DAVIS,                        )
                                      )
            Plaintiff,                )              4:06CV3012
                                      )
        v.                            )
                                      )
HARTLAND HOMES, INC.,                 )              ORDER
                                      )
            Defendant.                )
                                      )

    IT IS ORDERED:

    Plaintiff's unopposed motion to amend complaint, filing 16,
is granted and the amended complaint shall be filed forthwith.


    DATED this 7th day of June, 2006.


                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge