IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3012 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTLAND HOMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The clerk is directed to strike filing number 33 and remove it from the public

docket.

DATED this 31st day of August, 2006.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge