```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

DEBORAH DAVIS,                   )
                                 )
            Plaintiff,           )         4:06CV3012
                                 )
      v.                         )
                                 )
HARTLAND HOMES, INC.,            )         ORDER
                                 )
            Defendant.           )
                                 )
```

IT IS ORDERED:

The clerk shall file the materials related to the motion to continue, filing 39, under seal, providing copies to counsel only. Plaintiff may file her response to the motion, under seal, on or before October 18, 2006.

DATED this 16th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge