```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTLAND HOMES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to continue trial, filing 39, is denied.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge