IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3012 |
| | ) | |
| V. | ) | |
| | ) | |
| HARTLAND HOMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The undersigned will commence another jury trial on October 30, 2006. Accordingly,

IT IS ORDERED that this matter is removed from the undersigned's trial docket and is continued until further order of this court. Magistrate Judge Piester is requested to reschedule this matter for trial.

October 27, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge