IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTLAND HOMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case was not reached for trial on October 30, 2006.

IT THEREFORE HEREBY IS ORDERED,

This matter is rescheduled for trial on January 22, 2007 at 9:00 a.m. for a duration of four trial days **as the first civil case**, subject only to criminal cases which may be set for that week and U.S. Aviation Underwriters v. Aerospatiale, 4:04cv3222, which is scheduled to begin the previous week, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 30th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge