IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH DAVIS, | ) | 4:06CV3012 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HARTLAND HOMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion in limine (filing 35) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

October 31, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge